**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DANIEL E. TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-09-0323-HE |
| ) | |
| GREG WILLIAMS, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Petitioner Daniel E. Taylor, a state prisoner appearing *pro se*, filed this petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his conviction following a jury trial in the District Court of Custer County.  Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Gary M. Purcell.  Judge Purcell has recommended that the petition be denied.

Petitioner has objected to the Report and Recommendation, reasserting his arguments that the search warrant for his place of business was invalid and that his constitutional rights were violated when the trial court denied his motion to suppress and when the Oklahoma Court of Criminal Appeals affirmed that ruling on his direct appeal.  Both of petitioner's contentions were thoroughly addressed in the Report and Recommendation.  After *de novo* review, and for substantially the same reasons as stated by the magistrate judge, the court the court overrules petitioner's objection.

Petitioner has also filed a motion to take judicial notice which, in sum, asserts the same arguments as his objection.  Therefore, this motion will be denied.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #14] and **DENIES** the Petition for a Writ of Habeas Corpus.  Further, petitioner's motion to take judicial notice [Doc. #17] is **DENIED**.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2009.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE